IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Case No. 4:12cv505 (Judge Clark/Judge Mazzant) |
| THOMAS D. COLDICUTT, JR., ET AL., | § § | |
| *Defendants.* | § | |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 8, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that defendants' Motion to Transfer Venue in the Interests of Justice under 28 U.S.C. § 1404(a) [Doc. #17] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that defendants' Motion to Transfer Venue in the Interests of

Justice under 28 U.S.C. § 1404(a) [Doc. #17] is GRANTED, and this case is transferred to the Central District of California.

So **ORDERED** and **SIGNED** on March __7__, 2013.

_____
Ron Clark
United States District Judge